```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 18-03019-JJT
Stacey Lynn French                                                  Chapter 13
Eric Vincent French
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-4          User: REshelman          Page 1 of 2          Date Rcvd: Aug 17, 2018
                              Form ID: ntnew341        Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
```
jdb           +Eric Vincent French,    1533 Hidden Valley Dr.,    Montoursville, PA 17754-9318
cr            +Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
                Arlington, TX 76096-3853
5094026      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   Americredit Financial Services, Inc.,    Dba GM Financial,
                P.O Box 183853,    Arlington, TX 76096)
5086340       +Exeter,    P.O. Box 166008,    Irving, TX 75016-6008
5086346       +First Premier Bank,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
5086341       +GM Financial,    P.O. Box 78143,    Phoenix, AZ. 85062-8143
5086348       +IC System,    P.O. Box 64378,    Saint Paul, MN 55164-0378
5092950       +PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
5086342       +PNC Bank,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
5086339       +Specialized Loan Services,    8742 Lucent Blvd,    Suite 300,    Highlands Ranch, CO 80129-2386
5086352       +U.S. Dept. Of Education/GL,    2401 International Lane,    POB 7859,    Madison, WI 53707-7859
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db            +E-mail/PDF: slf5@pct.edu Aug 17 2018 19:01:18      Stacey Lynn French,    1533 Hidden Valley Dr.,
                Montoursville, PA 17754-9318
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 17 2018 19:08:31
                Exeter Finance LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
5086344       +E-mail/Text: melonie@reducear.com Aug 17 2018 19:01:44      Collection Bureau of FT,
                P.O. Box 4127,    Fort Walton Beach, FL 32549-4127
5086343       +E-mail/Text: melonie@reducear.com Aug 17 2018 19:01:44      Collection Bureau of FT,
                P.O. Box4127,    Fort Walton Beach, FL 32549-4127
5093385        E-mail/Text: mrdiscen@discover.com Aug 17 2018 19:01:23      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5086345       +E-mail/Text: bknotice@ercbpo.com Aug 17 2018 19:01:34      Enhanced Recovery Company,
                P.O. Box 57547,    Jacksonville, FL 32241-7547
5087765       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 17 2018 19:08:43      Exeter Finance LLC,
                AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5086347       +E-mail/Text: bankruptcygpl@greatplainslending.com Aug 17 2018 19:01:39      Great Plains Lending,
                112 Paradise Drive,    Suite B,    Red Rock, OK 74651-2203
5086349        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 17 2018 19:01:37      Jefferson Capital System,
                16 Mcleland Rd,    Saint Cloud, MN 56303
5087002       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2018 19:20:41
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5086350       +E-mail/Text: bankruptcy@sw-credit.com Aug 17 2018 19:01:32      SW Credit Systems L.P.,
                4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
5086353       +E-mail/Text: wfmelectronicbankcynotifications@verizonwireless.com Aug 17 2018 19:01:22
                Verizon Wireless,    P.O. Box 26055,    Minneapolis, MN 55426-0055
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5086351*      +PNC Bank,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2018 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
        TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Stacey Lynn French,
**Debtor 1**

Eric Vincent French,
**Debtor 2**

Chapter 13

Case No. 4:18−bk−03019−JJT

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: October 1, 2018 |
| --- | --- |
| | Time: 12:00 PM |

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 197 S Main St, Wilkes−Barre, PA 18701 OR 228 Walnut St,Rm320,Harrisburg, PA 17101 570−831−2500/717−901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: REshelman, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 17, 2018 |

ntnew341 (04/18)