```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                              Case No. 18-03019-JJT
Stacey Lynn French                                                  Chapter 13
Eric Vincent French
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-4          User: REshelman           Page 1 of 2          Date Rcvd: Sep 05, 2018
                              Form ID: ordsmiss         Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
jdb            +Eric Vincent French,    1533 Hidden Valley Dr.,    Montoursville, PA 17754-9318
cr             +Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
                 Arlington, TX 76096-3853
5100473        +Cascade Funding Mortgage Trust 2017-1,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
5086340        +Exeter,    P.O. Box 166008,    Irving, TX 75016-6008
5092950        +PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
5086342        +PNC Bank,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
5086339        +Specialized Loan Services,    8742 Lucent Blvd,    Suite 300,    Highlands Ranch, CO 80129-2386
5086352        +U.S. Dept. Of Education/GL,    2401 International Lane,    POB 7859,    Madison, WI 53707-7859

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: slf5@pct.edu Sep 05 2018 18:55:21     Stacey Lynn French,    1533 Hidden Valley Dr.,
                 Montoursville, PA 17754-9318
cr             +EDI: AISACG.COM Sep 05 2018 22:58:00     Exeter Finance LLC, c/o AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5094026         EDI: PHINAMERI.COM Sep 05 2018 22:58:00     Americredit Financial Services, Inc.,
                 Dba GM Financial,    P.O Box 183853,    Arlington, TX 76096
5086344        +E-mail/Text: melonie@reducear.com Sep 05 2018 18:55:40      Collection Bureau of FT,
                 P.O. Box 4127,    Fort Walton Beach, FL 32549-4127
5086343        +E-mail/Text: melonie@reducear.com Sep 05 2018 18:55:40      Collection Bureau of FT,
                 P.O. Box4127,    Fort Walton Beach, FL 32549-4127
5093385         EDI: DISCOVER.COM Sep 05 2018 22:58:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
5086345        +E-mail/Text: bknotice@ercbpo.com Sep 05 2018 18:55:34      Enhanced Recovery Company,
                 P.O. Box 57547,    Jacksonville, FL 32241-7547
5087765        +EDI: AISACG.COM Sep 05 2018 22:58:00     Exeter Finance LLC,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5086346        +EDI: AMINFOFP.COM Sep 05 2018 22:58:00     First Premier Bank,    3820 N. Louise Ave.,
                 Sioux Falls, SD 57107-0145
5086341        +EDI: PHINAMERI.COM Sep 05 2018 22:58:00     GM Financial,    P.O. Box 78143,
                 Phoenix, AZ. 85062-8143
5086347        +E-mail/Text: bankruptcygpl@greatplainslending.com Sep 05 2018 18:55:36      Great Plains Lending,
                 112 Paradise Drive,    Suite B,    Red Rock, OK 74651-2203
5086348        +EDI: IIC9.COM Sep 05 2018 22:58:00     IC System,    P.O. Box 64378,    Saint Paul, MN 55164-0378
5086349         EDI: JEFFERSONCAP.COM Sep 05 2018 22:58:00     Jefferson Capital System,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
5087002        +EDI: PRA.COM Sep 05 2018 22:58:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5086350        +EDI: SWCR.COM Sep 05 2018 22:58:00     SW Credit Systems L.P.,    4120 International Parkway,
                 Suite 1100,    Carrollton, TX 75007-1958
5086353        +EDI: VERIZONCOMB.COM Sep 05 2018 22:58:00     Verizon Wireless,    P.O. Box 26055,
                 Minneapolis, MN 55426-0055
                                                                                                TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5086351*       +PNC Bank,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                        Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James    Warmbrodt     on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                      TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Stacey Lynn French, | Chapter 13 |
| **Debtor 1** | |
| Eric Vincent French, | Case No. 4:18–bk–03019–JJT |
| **Debtor 2** | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: September 5, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: REshelman, Deputy Clerk

ordsmiss (05/18)